## FARMERS' MUTUAL HAIL & CYCLONE INSURANCE ASSOCIATION v. ROCHE.

Where appellant files neither abstract nor brief, the judgment will be affirmed.

(Opinion filed, October 30, 1906.)

Appeal from Circuit Court, Spink County. Hon. CHARLES S. WHITING, Judge.

Action by the Farmers' Mutual Hail & Cyclone Insurance Association against Philip Roche. From a judgment for plaintiff, defendant appeals. Affirmed.

*Thomas Sterling,* for appellant. *N. P. Bromley,* for respondent.

HANEY, J. This case having been submitted under rule 21, at the April, 1904, term, and appellant having filed neither abstract nor brief, the appeal is presumed to have been abandoned. State v. Allison, 21 S. D. — 108 N. W. 556; Murphy v. Mining Co., 20 S. D. 618, 108 N. W. 15, and the judgment of the circuit court is affirmed.

CORSON, J., not sitting.